[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 21, 2010
JOHN LEY
CLERK

_____

No. 09-15423

_____

D. C. Docket No. 07-01540-CV-ODE-1

GPI INTERNATIONAL LIMITED,

Plaintiff-Counter-Defendant-
Appellee Cross-Appellant,

versus

IBC CREATIVE, LLC.,
IBC CREATIVE, INC.,
CONSUMER PRODUCTS DISTRIBUTION, LLC.,

Defendants-Counter-Claimants-
Appellants-Cross-Appellees,

GP BATTERY MARKETING-LATIN
AMERICA, INC.,

Counter-Defendant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(September 21, 2010)

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

This matter involves the question of money due and owing from the sale of batteries. The trial court entered numerous rulings, a partial summary judgment and ultimately resolved the case in a bench trial. The issues presented by the appellants are:[1]

(1) Whether the trial court erred in granting GPI partial summary judgment, and (2) Whether the trial court erred in entering judgment against IBC Creative Inc.'s counterclaims?

After studying the briefs and the record and hearing oral argument, we find no reversible error. The record fully supports the rulings of the trial court as explained in the Orders of July 28, 2009 and September 16, 2009 and in the Findings of Fact and Conclusions of Law and Order Directing Entry of Judgment dated September 28, 2009.

AFFIRMED.

---

[1]A cross-appeal was filed but counsel confirms that it has been abandoned.